## (December 11, 1961)

WINIFRED CONMY, Respondent, v. ST. VINCENT'S RETREAT FOR NERVOUS & MENTAL DISEASES, Appellant.— Motion by respondent for reargument or for other relief referred to the court that rendered the decision. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. Motion denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

In the Matter of ROCKAVE BAR & GRILL, INC., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Motion by petitioner to restrain respondent from enforcing its order canceling petitioner's liquor license, pending a review of such order by this court. Motion denied. It appears that petitioner already has been granted a 30-day stay which has expired. Under the circumstances a further stay may not be granted (Alcoholic Beverage Control Law, § 121; Matter of Barcus v. O'Connell, 281 App. Div. 1064). Nolan, P. J., Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK N. EHLERS, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MESSINA, JR., Appellant.— Motion by appellant for assignment of counsel granted. Harry Gittleson, Esq., 26 Court St., Brooklyn, N. Y., is assigned as counsel to prosecute the appeal. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PALADINO, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect and argue the appeal is enlarged. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre St., New York 13, N. Y., is assigned as counsel to prosecute the appeal. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.